THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARGARET SMITH, Appellant.

(Submitted May 8, 1883 ; decided June 5, 1883.)

REPORTED below (28 Hun, 626).

*House & Hummel* for appellant.

*John Vincent* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

FREDERICK A. POTTS, Appellant, *v.* ISAAC MAYER, Impleaded, etc., Respondent.

(Argued May 9, 1883 ; decided June 5, 1883.)

*Samuel Hand* for appellant.

*Payson Merrill* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.